No. 00–10383. SCHIEBLE v. DORCHESTER COUNTY. Sup. Ct. S. C. Certiorari denied.

No. 00–10385. ROLLINS v. RAY ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10386. BRITTON v. UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10387. CAMBRELEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10388. ROUSSEAU v. MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 00–10389. MADRID SALAZER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–10392. NOWIK v. NORTH DAKOTA. Ct. App. N. D. Certiorari denied.

No. 00–10393. PASCHAL v. JOHNSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–10394. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10395. RODRIGUEZ-GUTIERREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10397. JOHNSON v. PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 00–10399. JORDAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10400. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10401. CANDIDO POLANCO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–10402. POTTER v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–10403. BOONE v. UNITED STATES. C. A. Armed Forces. Certiorari denied.